**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA EMBREY, *et al.*,<br><br>    Plaintiffs,<br><br>vs.<br><br>GENERAL ELECTRIC COMPANY, *et al.*,<br><br>    Defendants.<br><br>**In Re: ERNEST CALHOUN, SR.,**<br>    **Deceased, Succeeded by**<br>    **LAVERA CALHOUN** | No.  3:09-cv-00363-CRB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY** |

   PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All claims against Defendant GENERAL ELECTRIC COMPANY are hereby dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.


Dated: August 1, 2014                        By: _____
                                                    Charles R. Breyer
                                                    United States District Judge

---

1
ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF DEFENDANT GENERAL ELECTRIC COMPANY